CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

IVANA DJAK (NYBN 5516687)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3918
   FAX: (510) 637-3724
   ivana.djak@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 24-CR-620 HSG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING FROM OCTOBER 22, 2025 TO NOVEMBER 5, 2025 (as modified) |
| v. | |
| EDGARDO ESCOBAR-ESCOBAR, | |
| Defendant. | |

The above-captioned matter is set for sentencing on October 22, 2025 at 2:00 p.m., before this Honorable Court. The parties jointly request that the Court continue this matter to November 5, 2025. Because the parties need additional time to review and respond to the Draft PSR, the parties jointly request a continuance. For these reasons, the parties respectfully request that the Court continue this case to November 5, 2025, for a change of plea.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

STIPULATION AND ORDER TO CONTINUE STATUS AND EXCLUDE TIME
Case No. 24-CR-620 HSG

IT IS SO STIPULATED.

DATED: September 26, 2025        /s/
                                 IVANA DJAK
                                 Assistant United States Attorney

DATED: September 26, 2025        /s/
                                 KAITLYN FRYZEK
                                 Counsel for Defendant Edgardo Escobar-Escobar

**ORDER**

Based upon the facts set forth in the stipulation of the parties, IT IS HEREBY ORDERED that the sentencing hearing be continued from October 22, 2025, to November 5, 2025 at 2 p.m..

IT IS SO ORDERED.

DATED: 9/29/20205                HON. HAYWOOD S. GILLIAM, JR.
                                 United States District Judge

STIPULATION AND ORDER TO CONTINUE STATUS AND EXCLUDE TIME
Case No. 24-CR-620 HSG